No. 66079.—Vanetta Fabrics Corp. et al. v. United States, protests 59/30788, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 623), the claim of the plaintiffs was sustained.